IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| CHRISTOPHER JOHNSON, | § | |
|---|---|---|
| Plaintiff, | § § § | Civil Action No. 4:14cv272 |
| v. | § § | |
| WILL TRAVIS, ET AL., | § § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The above-entitled and numbered civil action was referred to United States Magistrate Judge Don D. Bush, who subsequently issued a Report and Recommendation that Plaintiff's multiple motions for injunctive relief be denied. No objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. Accordingly,

**IT IS HEREBY ORDERED** that the combined motion for injunctive relief (docket entries #11 and 12) is **DENIED**. Fed. R. Civ. P. 65. To the extent that Plaintiff's filing at docket entry #6 is construed as another motion for injunctive relief, it is **DENIED** as **MOOT**. No evidentiary hearing is required. *Anderson v. Jackson*, 556 F.3d 351, 360 (5th Cir. 2009).

**SIGNED this the 31st day of March, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

1