IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION


CHRISTOPHER JOHNSON       §
    #52230             §
VS.                     §         CIVIL ACTION NO. 4:14cv272
                        §
WILL TRAVIS, et. al        §

## ORDER OF DISMISSAL

       This case was referred to United States Magistrate Judge Don D. Bush, who issued a Report

and Recommendation concluding that Plaintiff's case should be dismissed without prejudice. The

Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and

recommendations for the disposition of such action, has been presented for consideration. No

objections have been timely filed. The court concludes that the findings and conclusions of the

Magistrate Judge are correct and adopts the same as the findings and conclusions of the court. It

is therefore

       **ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice. All motions by

either party not previously ruled on are hereby **DENIED**.

       **SIGNED this the 31st day of March, 2016.**


_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE